UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 24-1908


RASHONNA M. RANSOM, on behalf of herself and others similarly situated

v.

GREATPLAINS FINANCE, LLC, doing business as
Cash Advance Now; JOHN DOES 1-10

GreatPlains Finance, LLC,
                                                            Appellant

(D.N.J. No. 2:22-cv-01344)

To:  Clerk

    1.  Motion by Appellee to Amend Opinion to Correct Counsel


_____ORDER_____
The foregoing motion is granted at the direction of the Court.  The opinion will be amended contemporaneously with this order.  As the changes to the opinion are clerical in nature, the judgment is unaffected and remains as originally filed.



For the Court,


s/ Patricia S. Dodszuweit
Clerk

Dated: August 26, 2025
CJG/cc:    Daniel Baczynski, Esq.
        Mark H. Jensen, Esq.
        Yongmoon Kim, Esq.
        Adam H. Charnes, Esq.
        Mark H. Reeves, Esq.
        Rob R. Smith, Esq.
        Stephen R. Ward, Esq.